THERESA LUESENHOP, Appellant, *v.* BARBABA EINSFELD, Respondent.

*Luesenhop* v. *Einsfeld*, 93 App. Div. 68, reversed.
(Argued March 15, 1906; decided April 3, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 18, 1904, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term.

*Eugene Van Voorhis* for appellant.

*Charles Diebold, Jr.,* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of HISCOCK, J., below.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, VANN, WILLARD BARTLETT and CHASE, JJ. Dissenting: HAIGHT, J.